B5 (Official Form 5) (12/07)

## FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**BSML, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**d/b/a Brite Smile** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**87-0410364** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**7777 Glades Road<br>Suite 100-K8<br>Boca Raton, FL 33434** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Palm Beach** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

■ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

COURT USE ONLY

### ALLEGATIONS
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

FORM 5 Involuntary Petition
(6/92)

Name of Debtor ~~BSML, Inc.~~

Case No. _____
(court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Edyta Rogalsko_
Signature of Petitioner or Representative (State title)

_Edyta Rogalska_    MARCH 30/2010
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_    4/7/10
Signature of Attorney    Date
Shraiberg, Ferrara & Landau PA
Name of Attorney Firm (If any)
2385 NW Executive Center Dr. #300
Address Boca Raton, FL 33431
Telephone No. 561-443-0800

---

X _[signature] - medical Director_
Signature of Petitioner or Representative (State title)
Herbert H. Kollinger    3/31/10
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _[signature]_    4/7/10
Signature of Attorney    Date
Shraiberg, Ferrara & Landau PA
Name of Attorney Firm (If any)
2385 NW Executive Center Dr. #300
Address Boca Raton, FL 33431
Telephone No. 561-443-0800

---

X _[signature]_
Signature of Petitioner or Representative (State title)
Anahita Ghalander    3/31/10
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity
2383 Akers Mill Rd #K7
Atlanta, GA 30339

X _[signature]_    4/7/10
Signature of Attorney    Date
Shraiberg, Ferrara & Landau PA
Name of Attorney Firm (If any)
2385 NW Executive Center Dr. #300
Address Boca Raton, FL 33431
Telephone No. 561-443-0800

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Edyta Rogalsko  2108 Lexington Farm Dr  Alpharetta, GA 30004 | Wages | $3321. |
| Herbert Kollinger  7025 Carlisle Lane  Alpharetta, GA 30022 | Wages | $4,000 |
| Anahita Ghalandar  2383 Akers Mill Rd #K7  Atlanta, GA 30339 | Wages | $3,125 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

| FORM 5 Involuntary Petition (6/92) | Name of Debtor BSMI, Inc. |
| --- | --- |
| | Case No. _____ (court use only) |

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Katie Rose_
Signature of Petitioner or Representative (State title)
_Katie Rose_        _03/30/2010_
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _[signature]_        _4/7/10_
Signature of Attorney        Date
_Shraiberg, Ferrara & Landau PA_
Name of Attorney Firm (If any)
Address _2385 NW Executive Center Dr. #300_
_Boca Raton, FL 33431_
Telephone No. _561-443-0800_

X _[signature]_ ASC Group
Signature of Petitioner or Representative (State title)
_Alan Adcock_        _3/31/10_
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

X _[signature]_        _4/7/10_
Signature of Attorney        Date
_Shraiberg, Ferrara & Landau PA_
Name of Attorney Firm (If any)
Address _2385 NW Executive Center Dr. #300_
_Boca Raton, FL 33431_
Telephone No. _561-443-0800_

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner        Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney        Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| Katie Rose, 3325 East Paces Ferry Unit 1703, Atlanta, GA 30305 | Wages | $3750 |
| | | |
| ASC Group, 12410 Crabapple Rd Suite 202-203, Alpharetta GA 30005 | Trade Payable | $10,536.38 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

FORM 5 Involuntary Petition (6/92)

Name of Debtor __BSML, Inc.__

Case No. _____ (court use only)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_
Signature of Petitioner or Representative (State title)
__Nina Kalinski__         __3/31/2010__
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

x _[signature]_         4/7/10
Signature of Attorney         Date
__Shraiberg, Ferrara & Landau PA__
Name of Attorney Firm (If any)
Address __2385 NW Executive Center Dr. #300 Boca Raton, FL 33431__
Telephone No. __561-443-0800__

---

x _[signature]_
Signature of Petitioner or Representative (State title)
__Merline Sainvil__      __3/31/2010__
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

x _[signature]_         4/7/10
Signature of Attorney         Date
__Shraiberg, Ferrara & Landau PA__
Name of Attorney Firm (If any)
Address __2385 NW Executive Center Dr. #300 Boca Raton, FL 33431__
Telephone No. __561-443-0800__

---

x _[signature]_
Signature of Petitioner or Representative (State title)
__Karen Norris__         __3/31/10__
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity _____

x _[signature]_         4/7/10
Signature of Attorney         Date
__Shraiberg, Ferrara & Landau PA__
Name of Attorney Firm (If any)
Address __2385 NW Executive Center Dr. #300 Boca Raton, FL 33431__
Telephone No. __561-443-0800__

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Nina Kalinski, 874 E. Paces Ferry Rd, Atlanta, GA 30305 | Wages | $3,200.00 |
| Merline Sainvil, 1749 May bell Trail, Lawrenceville, GA 30043 | Wages | $6,400.00 |
| Karen Norris, 571 Dunagan Forest Ln, Lawrenceville, GA 30045 | Wages | $10,351.00 |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims |
|---|---|

_____ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor __BSML, Inc.__

Case No. _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X __[signature]__
Signature of Petitioner or Representative (State title)
__KENNETH J. GARY__
Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X __[signature]__  __4/7/10__
Signature of Attorney           Date
__Shrajberg, Ferrara & Landau PA__
Name of Attorney Firm (If any)
__2385 NW Executive Center Dr. #300__
Address  __Boca Raton, FL 33431__
Telephone No. __561-443-0800__

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| KENNETH J. GARY 1245 STUARTRIDGE Alpharetta GA 30022 | Unpaid Wages | 9,600.00 |
| | | |
| | | |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached