UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

BSML, INC.  Case No. 10-19119-PGH
 Chapter 7
    Debtor.
_____/

### NOTICE OF JOINDER IN CREDITORS' EMERGENCY MOTION TO APPOINT TRUSTEE

    Creditor, MedChoice Financial, LLC, files this Joinder in Creditors, Alan Adcock, Kenneth Gary, Anahita Ghalandar, Nina Kalinski, Herbert Kollinger, Karen Noris, Edyta Rogalsko, Katie Rose, and Merline Sainvil's Emergency Motion to Appoint Trustee, dated April 21, 2010 ("Motion"), and hereby adopt the facts, law and argument contained within the Motion as if fully set forth herein, reserving the right to present any additional facts, law or argument.

    Respectfully submitted,

**PADULA & GRANT, PLLC**
Attorneys for Creditor, MedChoice Financial
365 East Palmetto Park Road
Boca Raton, Florida  33432
Telephone No. 561.544.8900
Facsimile No. 561.544.8999
Email:  grant@padulagrant.com


By:  ___/s/ Joe M. Grant_____
      JOE M. GRANT
      Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of April, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                              /s/ Joe M. Grant
                                              JOE M. GRANT

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE AND U.S. MAIL:**

- Joey M. Grant — grant@padulagrant.com
- Bradley S. Shraiberg — bshraiberg@sfl-pa.com
- Ronald M. Tucker — rtucker@simon.com
- Office of the US Trustee — USTPRegion21.MM.ECF@usdoj.gov

**SERVED VIA U.S. MAIL**

**BSML, Inc.**
7777 Glades Road, Suite 100-K8
Boca Raton, Florida 33434

**Ronald M. Tucker, Esquire**
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, Indiana 46204

**Bradley S. Shraiberg, Esquire**
2385 NW Executive Center Drive, # 300
Boca Raton, Florida 33431

**U.S. Trustee**
Office of the U.S. Trustee
51 SW 1st Avenue, Suite 1204
Miami, Florida  33130