

# ORDERED in the Southern District of Florida on April 27, 2010.

_____
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

```
              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF FLORIDA
                  WEST PALM BEACH DIVISION

In re:                              CASE NO.: 10-19119-BKC-PGH

BSML, INC.,                         CHAPTER 7

      Debtor(s).
_____/
```

## ORDER SETTING TRIAL ON INVOLUNTARY PETITION

**THIS MATTER** came before the Court on April 27, 2010. With the Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the trial on the involuntary petition in the above referenced case is set before the Honorable Paul G. Hyman, Jr. on **Monday, May 3, 2010 9:30 a.m.**, at the United States Bankruptcy Court, courtroom A, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Room 801, West Palm Beach, Florida 33401. The trial will last approximately **half a day**.

Electronic devices, including but not limited to cameras,

cellular phones, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc. **are not permitted** in the courtroom or other environs of this court. These restrictions do not apply to attorneys permitted to practice law within the Southern District of Florida who are members of the Florida Bar with a valid Florida Bar identification card or pro hac vice order, U.S. government or State of Florida law enforcement officers, court licensed court reporters, U.S. Trustee's Office staff and designated bankruptcy trustees. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a Judge and verified by the U.S. Marshal's Service.** Photo identification is required to gain entrance to all federal courthouse buildings. *See* local Rule 5001-2(C).

###

Copies Furnished to:

Bradley Shraiberg, Esq.

AUST

**Bradley Shraiberg, Esq**. is directed to serve a conformed copy of this Order on all interested parties and file a certificate of service with the court.