

**ORDERED in the Southern District of Florida on April 28, 2010.**

*Paul G. Hyman, Chief Judge*
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                                      Case No.: 10-19119-PGH

BSML, INC., d/b/a BRITE SMILE,

    Alleged Debtor.                                                              Chapter 7
_____/

### ORDER GRANTING PETITIONING CREDITORS' EMERGENCY MOTION FOR APPOINTMENT OF INTERIM TRUSTEE

**THIS MATTER** came before the Court on April 27, 2010 upon petitioning creditors, Kenneth J. Gary, Nina Kalinski, Merline Sainvil, Karen Norris, Katie Rose, ASC Group, Edyta Rogalska, Herbert Kollinger and Anahita Ghalander (the "Petitioning Creditors") *Emergency Ex-Parte Motion for Appointment of an Interim Trustee* (the "Motion"). Having reviewed the Petitioning Creditors' Motion, hearing argument of counsel, for all of the reasons stated on the record and the Court being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that:

    1.    The Petitioning Creditors' Motion is **GRANTED**.

2.	The United States Trustee's Office is directed to immediately appoint an interim trustee (the "Interim Trustee") under 11 U.S.C. §§ 303(g) & 701 to take possession of all property of this estate.

3.	The Interim Trustee is directed to give the Alleged Debtor[1] access (but not custody or control) to all documents necessary to prepare its response to the involuntary Chapter 7 petition.

4.	At this time, the Court has determined that it is not necessary for the Petitioning Creditors to post a bond under Fed. R. Bankr. P. 2001(c).

# # #

**Submitted by:**
Philip J. Landau, Esquire
**SHRAIBERG, FERRARA & LANDAU, P.A.**
Attorneys for the Petitioning Creditors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone:  561-443-0800
Facsimile:  561-998-0047
Email:  plandau@sfl-pa.com

Philip J. Landau, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.

---

[1] All capitalized terms shall have the meaning ascribed to them in the Motion, unless otherwise indicated herein.

{1349/000/00034394}                                         2