UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

                                    CASE NO.:10-19119-PGH
                                   (Involuntary Chapter 7)

BSML, INC.,
d/b/a BRITE SMILE
_____Alleged Debtor/_

### NOTICE OF APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C. § 303(g) AND 701

Pursuant to the Order Granting Petitioning Creditors' Emergency Motion For The Appointment Of Interim Trustee (D.E. #12; the "Order"), and based on the provisions of 11 U.S.C. § 303(g) and 701, Deborah Menotte is hereby appointed as Interim Trustee in the above referenced involuntary Chapter 7 case for the duties set forth in the Order.  The Trustee shall serve under the bond heretofore approved.

Dated:  April 28, 2010

                                    Donald F. Walton
                                    United States Trustee
                                    Region 21

                                    by:_____/s/_____
                                    Steven R. Turner
                                    Assistant United States Trustee
                                    Office of the United States Trustee
                                    51 S.W. First Avenue, Suite 1204
                                    Miami, FL 33130
                                    (305) 536-7285