UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

BSML, INC.,                            Case No.: 10-19119-PGH

           Debtor.                Chapter 7 (INVOLUNTARY)
_____/

## NOTICE TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 11

COMES NOW, the Debtor BSML, INC., by and through its undersigned attorneys, files its Notice to Convert Case Under Chapter 7 to Case Under Chapter 11. The Debtor respectfully states the following:

1. The case was commenced as an involuntary Chapter 7 case on April 8, 2010.

2. The case has not been converted under 11 U.S.C. §1112, §1307 or §1208.

3. The Debtor is eligible to be a Debtor under Chapter 11.

WHEREFORE, Debtors requests that this Court to convert this case to a case under Chapter 11 pursuant to 11 U.S.C. §706 and for any other relief as the Court deems just and proper.

Dated: April 30, 2010
        Boca Raton, FL

SHAPIRO, BLASI, WASSERMAN & GORA, P.A.

BY:   s/ David Lloyd Merrill, Esq.
       David Lloyd Merrill, Esq.
       Florida Bar No. 99155
       Corporate Centre at Boca Raton
       7777 Glades Road, Suite 400
       Boca Raton, Florida 33434
       Telephone:  (561) 477-7800
       Facsimile:   (561) 477-7722
       E-mail: dlmerrill@sbwlawfirm.com